| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Leinenweber, Harry D | 2. Court or Organization<br><br>U.S.D.C. (ILLINOIS NORTHERN) | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Suite #1946<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 10: 02 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Illinois General Assembly Retirement | $ 13,356.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2007 | Deutsche Bank - Consulting Fees |
| 3. 2007 | Ryder Systems - Dirctor Fees |
| 4. 2007 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 5. 2007 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6. 2007 | Dreyfus Global Investing - Director Fees |
| 7. 2007 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2007 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9. 2007 | The Coca-Cola Company - Consulting Fees |
| 10. 2007 | Dreyfus Investor GNMA Fund - Director Fees |
| 11. 2007 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 12. 2007 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 13. 2007 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 14. 2007 | Procter & Gamble - Director Fees |
| 15. 2007 | AT&T Corporation - Director Fees |

| | | |
|---|---|---|
| 16. 2007 | | Office of Personnel Management - Congressional Retirement |
| 17. 2007 | | Dreyfus Strategic Growth fund - Director Fees |
| 18. 2007 | | Constellation Energy Group - Director Fees |
| 19. 2007 | | Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Chicago Council, Chicago, IL | March 21-25, 2007 | Seville, Spain | Trip ███ | Lodging, Meals. |
| 2. | Procter & Gamble, Cincinnati, OH | April 12 - 16, 2007 | Argentina and Chile | Trip ███ | Travel, Lodging, Meals. |
| 3. | American Counsel Institute, New York, NY | April 19, 2007 | New York, NY | Panel Member - Seminar | Travel, Lodging. |
| 4. | Constellation Energy Group, Baltimore, MD | September 1- 8, 2007 | Finland and France | Trip ███ | Lodging, Meals. |
| 5. | Coca-Cola Company, Atlanta, GA | October 4-6, 2007 | Brussels, Belgium | Trip ███ | Travel, Lodging, Meals. |
| 6. | NCCUSL, Chicago, IL | Nov. 30 - Dec. 2, 2007 | McLean, Virginia | Committee Meeting | Travel, Lodging, Meals. |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ryder Systems | C | Dividend | N | T | Grant | 05/06 | J | | *See Notes in Section VIII |
| 2. Ryder Systems, Inc. Stock Options Vested and Unexercised | | None | M | W | | | | | |
| 3. J.P. Morgan Chase (formerly Bank One) checking account | C | Interest | M | T | | | | | *See Notes in Section VIII |
| 4. J.P. Morgan Chase (formerly Bank One) checking account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 5. J.P. Morgan Chase (formerly Bank One) savings account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 6. AT&T Common Stock | E | Dividend | O | T | Grant | 04/07 | K | | *See Notes in Section VIII |
| 7. Procter & Gamble Common Stock | C | Dividend | O | T | Grant | 02/07 | K | | *See Notes in Section VIII |
| 8. Procter & Gamble Common Stock | C | Dividend | O | T | Option Exer | 02/07 | L | | |
| 9. Procter & Gamble Common Stock Options Vested Unexercised | | None | M | W | | | | | |
| 10. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 11. Insignia Bank | | None | K | W | | | | | |
| 12. Real Estate, Chicago, IL | | None | M | T | | | | | *See Notes in Section VIII |
| 13. Affiliated Network Services, L.L.C. | | None | K | U | | | | | |
| 14. FMI Cust 403(b)(7) Acct. Northwestern Univ. Magellan Fund | B | Dividend | L | T | | | | | |
| 15. FMI Cust. 403(b)(7) Acct. Northwestern Univ. Overseas Fund | B | Dividend | L | T | | | | | |
| 16. FMI Cust. 403(b)(7) Acct. Northwester Univ. Puritan Fund | B | Dividend | K | T | | | | | |
| 17. J.M. Smuckers | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Constellation Energy Group | | None | | | Grant | 04/28 | L | | *See Notes in Section VIII |
| 19. Constellation Energy Group | C | Dividend | | | Sold | 06/18 | L | C | |
| 20. Constellation Energy Group | | None | | | Donated | 12/30 | K | | *See Notes in Section VIII |
| 21. PYR Energy Corp. | | None | | | Sold | 02/22 | J | A | |
| 22. Northrup Grumman Corp. Stock Option Unexercised | | None | M | T | | | | | |
| 23. Northrup Grumman Corp. | C | Dividend | J | T | Option Exerc | 03/05 | K | | |
| 24. First Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. Baton Vance Tax Management Emerging Markets | C | Dividend | M | T | Bought | 12/06 | M | | |
| 26. Questar Corp. Common Stock | A | Dividend | K | T | | | | | |
| 27. Shufflemaster Common Stock | | None | K | T | | | | | |
| 28. Neogen Common Stock | | None | J | T | | | | | |
| 29. Coventry Health Care | | None | | | Sold | 03/02 | J | A | |
| 30. Gasco Energy | | None | | | Sold | 05/17 | J | C | |
| 31. Sunopta | | None | J | T | | | | | |
| 32. Crocs Inc. | | None | | | Sold | 01/17 | J | C | |
| 33. Tata Motors | | None | | | Sold | 06/25 | J | A | |
| 34. Watts Water Tech | | None | | | Sold | 06/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mikron Infrared | | None | | | Sold | 12/28 | J | A | |
| 36. Dreyfus Premier China Fund | A | Dividend | K | T | | | | | |
| 37. USJWFL INDX 3.375% 01/12 | C | Interest | M | T | | | | | |
| 38. Artisan International Fund | | None | | | Sold | 12/24 | N | E | |
| 39. Vanguard Intermediate Term Corporate Fund | C | Dividend | M | T | | | | | |
| 40. Vanguard Short Term Corporate Fund | C | Interest | M | T | | | | | |
| 41. Vanguard Fund Inc. High Yield Corporate Shares | | None | | | Sold | 12/27 | L | C | |
| 42. Manager Special Equity Fund | C | Dividend | | | Sold | 11/06 | M | D | |
| 43. Third Avenue Value Fund | | None | | | Sold | 12/24 | L | C | |
| 44. Third Avenue Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 45. Pimco High Yield Fund | | None | | | Sold | 12/24 | L | C | |
| 46. CGM Realty Fund | C | Dividend | L | T | Bought | 11/06 | L | | |
| 47. Cohen & Sterrs Realty | | None | | | Sold | 12/24 | K | A | |
| 48. Pimco Total Retirement Fund | C | Dividend | M | T | Bought | 11/06 | M | | |
| 49. Pimco Commodity Real Retirement Stragtegic | A | Dividend | M | T | Bought | 12/24 | M | | |
| 50. Pimco Foreign Bond Unhedged Fund | A | Dividend | M | T | Bought | 12/24 | M | | |
| 51. Vanguard 500 Index Fund | A | Dividend | M | T | Bought | 12/26 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Interim Term Inv. Grade Fund | A | Dividend | M | T | Bought | 12/26 | M | | |
| 53. Liquidity Services, Inc. | | None | | | Bought | 02/04 | J | | |
| 54. Liquidity Services, Inc. | | None | | | Bought | 02/8 | J | | |
| 55. Liquidity Services, Inc. | | None | | | Sold | 06/14 | J | A | |
| 56. Baidu, Inc. | | None | | | Sold | 07/09 | K | | |
| 57. Synalloy Corp. | | None | | | Bought | 06/06 | J | | |
| 58. Synalloy Corp. | | None | | | Sold | 11/19 | J | A | |
| 59. NetGear Com | | None | | | Bought | 07/09 | J | | |
| 60. NetGear Com | | None | | | Bought | 07/24 | J | | |
| 61. NetGear Com | | None | | | Sold | 12/4 | J | A | |
| 62. Middleby Corp. | | None | J | T | Bought | 01/16 | J | | |
| 63. Global Sources | | None | J | T | Bought | 05/07 | J | | |
| 64. Falcon Oil and Gas | | None | J | T | Bought | 05/17 | J | | |
| 65. Blue Coat System | | None | J | T | Bought | 06/14 | J | | |
| 66. Bolt Tech | | None | J | T | Bought | 06/25 | J | | |
| 67. LKQ Corp. | | None | J | T | Bought | 10/18 | J | | |
| 68. Bidz.com | | None | J | T | Bought | 11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Bidz.com | | None | J | T | Bought | 11/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. - B. Spouse's Non-Investment Income

19. ██████ was a former director of the parent company of Neiman Marcus. She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. ██████ received in lieu of partial Director Compensation a grant of stock-based units. (Redeemable at a later date as shares of stock on a one-for-one basis.)

3. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

4. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

5. This J.P. Morgan Chase account is a personal savings account. Deposits and withdrawals are made throughout the year.

6. ██████ received a grant of shares as partial Director compensation.

7. ██████ received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

12. Real Estate was sold on a four-year contract.

18. ██████ received a grant of stock as partial compensation as a non-employee member of the Board of Directors.

20. This was a Charitable Contribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honor compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353

Sign:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544